| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Castel, P .Kevin | 2. Court or Organization S.D.N.Y. | 3. Date of Report 07/27/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (senior status eff. 8/5/17) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. Board of Managers | Havens Relief Fund Society (uncompensated) |
| 4. Trustee | Family Irrevocable Trust (uncompensated) (Brk Act #9 on Part VII) |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. 3/4/13 | Cahill Gordon & Reindel LLP renouncement of all future payments. (Copy filed with 2012 FDR.) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Department of Commerce | April 23-27, 2017 | Tunis, Tunisia | Participate as instructor with members of the judiciary from the region | Flight, meals and lodging |
| 2. | U.S. Department of Commerce | December 10-14, 2017 | Casablanca, Morocco | Participate as instructor with members of the judiciary from the region | Flight, meals and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | E | Dividend | O | T | | | | | |
| 2. Brk Act #1Fidelity Cash Reserves [FDRXX] | B | Dividend | N | T | | | | | |
| 3. Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | D | Dividend | N | T | | | | | |
| 4. Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | D | Dividend | N | T | | | | | |
| 5. Brk Act #1 Fidelity Balanced [FBALX] | E | Dividend | N | T | | | | | |
| 6. Brk Act #1 Fidelity MSCI Info [FTEC] | A | Dividend | M | T | | | | | |
| 7. Brk Act #1 Fidelity NASDAQ [FNCMX] | A | Dividend | L | T | | | | | |
| 8. Brk Act #1 Fidelity ishare TIPS ETF | A | Dividend | K | T | | | | | |
| 9. Brk Act#1 Fidelity MSCI Real Estate ETF | A | Dividend | K | T | | | | | |
| 10. Brk Act #4 First Eagle Overseas Fund Class A | A | Dividend | J | T | | | | | |
| 11. Brk Act #4 LM [SB] Appreciation Fd CL A(Part VIII) | B | Dividend | M | T | | | | | |
| 12. Brk Act #4 LM [SB] Large Cap Grwth FD CL A | A | Dividend | M | T | | | | | |
| 13. Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | B | Interest | P1 | T | | | | | |
| 14. Brk Act #4 VFH | A | Dividend | J | T | | | | | |
| 15. Brk Act #4 NYC GO Ser A1 5/18[17] | C | Interest | | | Redeemed | 08/16/17 | L | A | |
| 16. Brk Act #4 New York NY City HSG Dev Corp MultiFam 5.35/18 | B | Interest | L | T | | | | | |
| 17. Brk Act #4 NYS Thruway Au Gen Rev Ser H 5/19 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #4 PR Muni Ser C 5.25/19 | C | Interest | | | Redeemed | 01/13/17 | L | A | |
| 19. Brk Act #4 Lacey Township NJ BRD ED SCH 3.25/20[19] | B | Interest | K | T | | | | | |
| 20. Brk Act #4 NY St Dorm 5/21[15] | C | Interest | M | T | | | | | |
| 21. Brk Act #4 NJ High Ed 4.5/21 | A | Interest | J | T | Redeemed (part) | 06/13/17 | J | A | |
| 22. Brk Act #4 NY Gen Oblig BDS-G1 5.5/21 | B | Interest | K | T | | | | | |
| 23. Brk Act #4 NYS Pers Inc Tax 5/21[16] | B | Interest | | | Redeemed | 04/24/17 | K | A | |
| 24. Brk Act #4 NJ Econ DVA Rev Sch Fac 4.5/22 | A | Interest | K | T | | | | | |
| 25. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | B | Interest | K | T | | | | | |
| 26. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | A | Interest | K | T | | | | | |
| 27. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | | | | | |
| 28. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 29. Brk Act #4 NY Gen Oblig BDS E 6/23 | B | Interest | K | T | | | | | |
| 30. Brk Act #4 NY Gen Oblig BDS E 6/23 | B | Interest | K | T | | | | | |
| 31. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | B | Interest | K | T | | | | | |
| 32. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | A | Interest | K | T | | | | | |
| 33. Brk Act #4 PR Elec Pwr Ref - PP 5/23 | B | Interest | | | Redeemed | 01/13/17 | L | A | |
| 34. Brk Act #4 NJ State Trans 5/24 | C | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Castel, P .Kevin | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #4 Illinois St. G/O 5/24 | B | Interest | | | Redeemed | 01/13/17 | K | A | |
| 36. Brk Act #4 Port Auth NY&NJ Con Ser153 4.5/25 | B | Interest | L | T | | | | | |
| 37. Brk Act #4 NJ EDA Sch Facs Ser EE 5.25/25 | C | Interest | L | T | | | | | |
| 38. Brk Act #4 NJ TFA Rev Ser B 5.25/25 | C | Interest | L | T | | | | | |
| 39. Brk Act #4 NJ Econ Dev Auth Sch Facs Const Ref-NN 5/26 | B | Interest | L | T | | | | | |
| 40. Brk Act #4 NJ Econ Dev Auth School 5.25/26 | D | Interest | M | T | | | | | |
| 41. Brk Act #4 NJ St. Trans Auth Ser - A 0/26 | A | Interest | L | T | | | | | |
| 42. Brk Act #4 NY NY 5/28 | B | Interest | L | T | | | | | |
| 43. Brk Act #4NJ St Trans TR FD Auth Sys Ser A 5.625/28 | C | Interest | L | T | | | | | |
| 44. Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |
| 45. Brk Act #4 NJ St. Trans TRFD Sys - A 5.125/29 | C | Interest | L | T | | | | | |
| 46. Brk Act #4 NJ TFARev Ser B 5.25/36 | D | Interest | M | T | | | | | |
| 47. Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | K | T | | | | | |
| 48. Brk Act #4 New York City G/O Ser A Subser A-1 5/19 | C | Interest | | | Redeemed | 08/15/17 | L | A | |
| 49. Brk Act #4 Port Au NY & NJ 4.5/25 | C | Interest | L | T | | | | | |
| 50. Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 51. Brk Act #4 CDK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #4 BR | A | Dividend | J | T | | | | | |
| 53. Brk Act #4 BBY | A | Dividend | J | T | | | | | |
| 54. Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 55. Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 56. Brk Act #4 HYH | | None | J | T | | | | | |
| 57. Brk Act #4 KSS | A | Dividend | J | T | | | | | |
| 58. Brk Act #4 MDT | A | Dividend | J | T | | | | | |
| 59. Brk Act #4 MSFT | A | Dividend | K | T | | | | | |
| 60. Brk Act #4 WMT | A | Dividend | J | T | | | | | |
| 61. Brk Act #4 WBA | A | Dividend | J | T | | | | | |
| 62. Brk Act #4 VIG | B | Dividend | M | T | | | | | |
| 63. Brk Act #7 Bank Dep. Prog. Morgan Stanley Bank, N.A. | A | Interest | L | T | | | | | |
| 64. Brk Act # 7 PWC | A | Dividend | K | T | | | | | |
| 65. Brk Act #7 CREOX | A | Dividend | J | T | | | | | |
| 66. Brk Act #7 NYS Dev Corp Inc Tx 6.5/18 | A | Interest | J | T | Redeemed (part) | 12/15/17 | J | A | |
| 67. Brk Act #9 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 68. Brk Act #9 EEM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Brk Act #9 PZI | A | Dividend | K | T | | | | | |
| 70. Brk Act #9 MFS Intl New Disc Fund C [MIDCX} | A | Dividend | L | T | | | | | |
| 71. Brk Act #9 New York City MWF Au W &S Ser D O CPN 0/18 | A | Interest | L | T | | | | | |
| 72. Brk Act #9 NYS G/O BDS-A 0/19 | A | Interest | K | T | | | | | |
| 73. Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 74. Brk Act #9 XLF | A | Dividend | J | T | | | | | |
| 75. Brk Act #9 SPY | C | Dividend | M | T | | | | | |
| 76. Brk Act #9 VIG | B | Dividend | L | T | | | | | |
| 77. Brk Act #9 XLRE | A | Dividend | J | T | | | | | |
| 78. Brk Act #10 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 79. Brk Act #10 NJ Health Care Fac 4/19 | A | Interest | K | T | Buy | 06/21/17 | K | | |
| 80. Brk Act #10 Northern Burlington Cnty NJ 2/19 | B | Interest | | | Redeemed | 08/23/17 | L | A | Bought 01/13/17 (L) |
| 81. Brk Act #10 NJ Turnpike Auth Ser - H 5/20 | B | Interest | L | T | | | | | |
| 82. Brk Act #10 NY St. Dorm Auth North Shore Rev A 5/21 | B | Interest | L | T | | | | | |
| 83. Brk Act #10 Mass St. Dev Fin Agy Rev H 5/21 | B | Interest | L | T | | | | | |
| 84. Brk Act #10 NJ Health Care Facs 5/21 | B | Interest | L | T | | | | | |
| 85. Brk Act #10 St. of Louisiana Unclmd Ppty 5/21 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brk Act #10 Guam Govt Business Priv. Ser A 5/22 | B | Interest | L | T | | | | | |
| 87. Brk Act #10 Delaware Riv Jt Toll Bridge 5/22 | B | Interest | L | T | | | | | |
| 88. Brk Act #10 St. of Connecticut Health Facs 5/22 | B | Interest | L | T | | | | | |
| 89. Brk Act #10 Piedmont Mun Pwr Agy 5/23 | B | Interest | L | T | | | | | |
| 90. Brk Act #10 Monmouth Cnty NJ 5/23 | C | Interest | L | T | Buy | 02/08/17 | L | | |
| 91. Brk Act #10 Ohio St. Hosp Fac 5/24 | C | Interest | L | T | Buy | 09/20/17 | L | | |
| 92. Brk Act #10 NJ Health Care Facs Fing Auth 5/23 | B | Interest | L | T | | | | | |
| 93. Brk Act #10 Monmouth Cnty NJ Impt Auth Lease 5/23 | B | Interest | L | T | | | | | |
| 94. Brk Act #10 Delaware Riv & Bay Auth Del Rev B 5/24 | B | Interest | L | T | | | | | |
| 95. Brk Act #10 Moorestown Twp NJ School Dist 5/24 | B | Interest | L | T | | | | | |
| 96. Brk Act #10 Ohio St. Highway Cap 4/24 | C | Interest | M | T | Buy | 09/21/17 | M | | |
| 97. Brk Act #10 Hamilton Twp. Mercer Cnty NJ 5/25 | C | Interest | L | T | Buy | 05/04/17 | L | | |
| 98. Brk Act #10 NJ St Edl Fac Auth Rev-A 5/25 | C | Interest | L | T | Buy | 03/29/17 | L | | |
| 99. Brk Act #10 Port Auth NY & NJ Con 5/26 | C | Interest | L | T | Buy | 07/13/17 | L | | |
| 100. Brk Act #10 NJ Turnpike Auth Rev Ser B 5/26 | B | Interest | L | T | | | | | |
| 101. Brk Act #10 Camden Cnty NJ Impt Auth 5/26 | C | Interest | L | T | | | | | |
| 102. Brk Act #10 Metropolitan Trans Auth 5/26 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brk Act #10 Monmouth Cnty NJ Impt 5/27 | C | Interest | L | T | Buy | 08/23/17 | L | | |
| 104. Brk Act #10 Hudson Cnty NJ Impt 5/29 | B | Interest | L | T | Buy | 01/26/17 | L | | |
| 105. Brk Act #10 Mercer Cnty NJ Impt Auth 5/27 | B | Interest | L | T | | | | | |
| 106. Brk Act #10 Port Auth of NY & NJ Consld Rev 194 5/27 | B | Interest | L | T | | | | | |
| 107. Brk Act #10 Hudson Cnty NJ G/O 4/27 | B | Interest | L | T | | | | | |
| 108. Brk Act #10 Freehold Twp NJ Brd Ed 5/29 | B | Interest | L | T | | | | | |
| 109. Brk Act #13 Fidelity Equity Inc[FEQIX] | F | Dividend | M | T | | | | | |
| 110. Brk Act #13 Fidelity Inter Bond [FTHRX] (H) | C | Interest | M | T | | | | | |
| 111. same as above | | | | | Sold | 01/05/17 | K | | |
| 112. Brk Act #13 Fidelity Capital Apprec [FDCAX] | E | Dividend | J | T | | | | | |
| 113. Brk Act #13 Fidelity Retire Mmkt[Cash Reserves] [FCRXX] | A | Dividend | M | T | | | | | |
| 114. Bank Act #14 Chase Accounts | A | Interest | K | T | | | | | |
| 115. Brk Act #5 Fidelity Smart Account | A | Interest | J | T | | | | | |
| 116. Bank Act#16 TD Bank | | None | J | T | | | | | |
| 117. Real Estate Long Island NY #1(Part VIII) | | None | M | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Castel, P .Kevin | 07/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV, line 3. Omitted from prior FDRs (because I did not understand that travel for the U.S. gov't was reportable) were the following:

SOURCE   DATES        LOCATION  PURPOSE  ITEMS PAID OR REIMBURSED

U.S. Dep't of Commerce  Nov 2-6, 2015  Yerevan, Armenia  Co-teach seminar  Flight, meals and lodging
to local judiciary

U.S. Dep't of Commerce  Apr 24-28, 2016  Kuwait City, Kuwait  Presentations to  Flight, meals and lodging
local judiciary and
lawyers

U.S. Dep't of Commerce  Oct 14-20, 2016  Manama, Bahrain  Presentions to regional  Flight, meals and lodging
judiciary

Part VII, line 117, purchased on 12/8/14 for $130,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P .Kevin Castel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544